

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00744-CV

**IN THE INTEREST OF B.C., P.C., JR., AND A.C.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01143
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Paul Castillo's First Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to January 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court